**Randolph L. HUNTER, Plaintiff–Appellant,**

v.

**UNITED PARCEL SERVICE, Defendant–Appellee.**

No. 07–2056.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 22, 2008.

Randolph L. Hunter, Appellant Pro Se.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph L. Hunter appeals the district court's order dismissing his Title VII complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hunter v. United Parcel Serv.,* No. 5:07–cv–00102–D, 2007 WL 2900335 (E.D.N.C. Sept. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*